# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## DOCKETING STATEMENT

### Administrative Agency Review/Enforcement Proceedings

1. DOCKET NO.: 25-1079        2. DATE DOCKETED: 1/15/2025

3. CASE NAME (Lead Parties Only)
American Chemistry Council and Georgia Chemistry Council

Petitioner

v.

U.S. Environmental Protection Agency

Respondent

4. TYPE OF CASE:    Review ✔        Enforcement ☐

5. CASE INFORMATION:

   a. Identify agency whose order is to be reviewed: U.S. Environmental Protection Agency

   b. Give agency docket or docket number(s): EPA-HQ-OPPT-2020-0642

   c. Give date(s) of order(s): 89 Fed. Reg. 102568 (Dec. 17, 2024)

   d. Is a request for rehearing or reconsideration pending at the agency? ☐ Yes  ✔ No

   e. Are any other cases involving the same underlying agency order pending in this Court or in any other court? ✔ Yes ☐ No

   If Yes, identify name(s), docket number(s), and court(s):
   Numerous petitions for review have been consolidated on the Court's dockets under lead case No. 25-1055 (25-1079; 25-1080; 25-1081; 25-1082; 25-1083; 25-1084; 25-1093; 25-1098)

   f. Are any other cases, to counsel's knowledge, pending before the agency, this Court or the Supreme Court which involve substantially the same issues as the instant case presents? ☐ Yes ✔ No

   If Yes, give name(s) of these cases and identify court/agency:

Signature: /s/ David Y. Chung          Date: 1/28/2025

Name of Counsel or Pro Se Litigant (Print): David Y. Chung

Firm: Crowell & Moring LLP        Phone: 202-624-2587

Address: 1001 Pennsylvania Avenue, NW, Washington, DC 20004

Name of Party Represented: American Chemistry Council and Georgia Chemistry Council, Petitioners

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 10 days by letter specifically referring to the challenged statement.

Rev. 10/1/2013

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January 2025, the foregoing was electronically filed with the Clerk of Court for the U.S. Court of Appeals for the Third Circuit by using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ David Y. Chung*
David Y. Chung