# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

XCO-024-E

**No. <u>25-1079</u>**

American Chemistry Council and Georgia Chemistry Council,

Petitioners

v.

United States Environmental Protection Agency

**No. <u>25-1080</u>**

Microporous LLC,

Petitioner

v.

United States Environmental Protection Agency

**No. <u>25-1081</u>**

Ohio Chemistry Technology Council,

Petitioner

v.

United States Environmental Protection Agency

**No. <u>25-1082</u>**

Environmental Defense Fund,

Petitioner

v.

United States Environmental Protection Agency

**No. <u>25-1083</u>**

Alliance for a Strong U.S. Battery Sector and Texas Chemistry Council, Inc.,

Petitioners

v.

United States Environmental Protection Agency

**No. <u>25-1084</u>**

Trent Capital Partners,

Petitioner

v.

United States Environmental Protection Agency

**No. <u>25-1118</u>**

PPG Industries, Inc.,

Petitioner

v.

United States Environmental Protection Agency

**No. <u>25-1132</u>**

Olin Corporation,

Petitioner

v.

United States Environmental Protection Agency

**No. <u>25-1133</u>**

Missouri Alliance for a Strong U.S. Battery Sector,

Petitioner

v.

United States Environmental Protection Agency

**No. <u>25-1144</u>**

Center for Environmental Health,

Petitioner

v.

United States Environmental Protection Agency

**No. <u>25-1509</u>**

Vinyl Institute, Inc.,

Petitioner

v.

United States Environmental Protection Agency

(Agency No. EPA–HQ–OPPT–2020–0642)

Present: PHIPPS and SCIRICA, *Circuit Judges*

1. Joint Motion to Establish Briefing Format and Modify Schedule

Respectfully,
Clerk

_____ORDER_____

The foregoing motion asks to modify the briefing schedule, require consolidated briefing, allow overlength briefs, and permit a deferred appendix. It is GRANTED in part. Briefing will proceed as follows:

| Filing | Due Date | Length Limitation |
|---|---|---|
| **Petitioners' opening briefs** | 30 days from the date of this order | 18,000 words for environmental petitioners<br><br>13,000 words for industry "chemistry council" petitioners<br><br>13,000 words for industry "§ 6(g)" petitioners |
| **EPA's response brief** | 60 days from the date of filing of the last opening brief | 36,000 words |
| **Labor and environmental intervenors' response brief(s)** | 10 days from the date EPA files its brief | 18,000 words |
| **Petitioners' reply briefs** | 21 days from the date of filing of the last response brief | 9000 words for environmental petitioners<br><br>6500 words for industry "chemistry council" petitioners<br><br>6500 words for industry "§ 6(g)" petitioners |
| **Deferred appendix** | 7 days after filing of last reply brief | n/a |
| **Final briefs** | 7 days after filing of appendix | n/a |

Groups of parties subject to a single word limitation may divide their allotted words among themselves if they desire to file separate briefs.

Any motion to extend these deadlines must be made in writing and will not be granted absent unforeseeable good cause. *See* 3d Cir. L.A.R. 31.4.

By the Court,

s/ Peter J. Phipps
Circuit Judge

Dated: April 13, 2026

Tmm/cc: All Counsel of Record