**U.S. Department of Justice**

Energy and Natural Resources Division

***Environmental Defense Section***
***P.O. Box 7611***
***Washington, DC 20044***

***Telephone (202) 305-5314***
***Facsimile (202) 514-8865***

October 15, 2026

**By CM/ECF**

Ms. Patricia S. Dodszuweit, Clerk of Court
Office of the Clerk
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *American Chemistry Council v. EPA*, No. 25-1079 (3d Cir.) and consolidated cases

Dear Ms. Dodszuweit:

We write to inform the Court that EPA has issued a proposed rule extending certain compliance deadlines in the 2024 TCE Final Rule, 89 Fed. Reg. 102568 (Dec. 17, 2024), challenged in these consolidated actions.

Specifically, EPA has proposed extending until December 31, 2027 the compliance deadlines for the processing of TCE as a reactant/intermediate, the processing for and industrial and commercial use of TCE as a processing aid in: process solvent used in battery manufacture, process solvent used in polymer fiber spinning, fluoroelastomer manufacture and Alcantara manufacture, extraction solvent used in caprolactam manufacture, precipitant used in beta-cyclodextrin manufacture, and the disposal of TCE from such processing or uses to industrial pre-treatment, industrial treatment, or publicly owned treatment works; and for refrigerant manufacturers in meeting the compliance deadline for phasing down TCE feedstock in the production of HFC-134a. Trichloroethylene (TCE); Regulation Under the Toxic Substances Control Act (TSCA); Compliance Date Extensions, 91 Fed. Reg. 65148 (Oct. 14, 2026). Industry petitioners have challenged several of the uses for which compliance deadlines have been extended by this Proposed Rule.

Respectfully submitted,

ADAM R. F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

*s/ Laura J. Brown*
LAURA J. BROWN
LAURA J. GLICKMAN
*Environmental Defense Section*
Energy and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 305-5314
*Laura.J.S.Brown@usdoj.gov*