October 19, 2026

**By CM/ECF**
Ms. Patricia S. Dodszuweit, Clerk of Court
Office of the Clerk
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *American Chemistry Council v. EPA*, No. 25-1079, and consolidated cases

Dear Ms. Dodszuweit:

Petitioners and Intervenors Center for Environmental Health and Environmental Defense Fund respond to EPA's October 15 letter notifying the Court of its October 14 proposal to extend compliance deadlines for the trichloroethylene (TCE) Rule. 91 Fed. Reg. 65148. This new proposed rule is relevant to the issues before the Court for at least two reasons.

First, EPA confirms Intervenors' argument (Dckt. No. 121 at 30-33 (Case No. 25-1055)) that during the rulemaking for the TCE Rule, no party put EPA on notice of issues regarding the processing of TCE that are fundamental to the petition of American Chemistry Council, et al. 91 Fed. Reg. at 65149-51.

Second, the proposed extensions would delay by more than a year the phase-out dates for numerous TCE conditions of use that are ultimately prohibited under the Rule, until December 31, 2027. EPA has also invited comment on proposals for extending these compliance deadlines even further, until December 18, 2028.

Undersigned Petitioners argue that EPA violated TSCA by failing to address cancer risks to fenceline communities from TCE air and water releases. Although EPA maintained in its Rule that no action on these fenceline risks was necessary because the "ultimate prohibition" of TCE manufacture, processing, and use "is expected to address the[se] risks," Petitioners explained that, due to the Rule's phase out schedule, numerous TCE uses would continue well after the Rule took effect.

If finalized, EPA's October 14 proposal will mean further delays in ceasing TCE manufacture, processing, and use, prolonging the exposure of fenceline communities to TCE air and water releases from the many facilities that are allowed to further continue TCE operations. The result will be greater cancer risks to these communities.

As EPA continues to reconsider and weaken the provisions of the Rule, it may further extend the prohibition deadlines, again prolonging cancer risks to fenceline communities.

Respectfully submitted,

*/s/* Samantha Liskow
Samantha Liskow

ENVIRONMENTAL DEFENSE FUND
257 Park Ave S, New York, NY 10010
(212) 616-1247
sliskow@edf.org

*Counsel for Environmental Defense Fund*

/s/ Robert M. Sussman
Robert M. Sussman
Sussman & Associates
3101 Garfield St., N.W., D.C. 20008
202-716-0118
bobsussman@comcast.net

*Counsel for Center for Environmental Health*

**Word Count: 306**